IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> JOHN SUGGS et al., <br><br> Defendants. | CRIMINAL ACTION <br> NO. 19-00629 |

## ORDER

**AND NOW**, this 16th day of June 2022, upon consideration of Defendant John Sugg's Motion to Sever Separate Criminal Acts (Doc. No. 102), Defendant Nickolas Passineau's Motion to Sever the Smith Pharmacy and Castor Pharmacy Robberies for Trial (Doc. No. 106), the Government's Response in Opposition and the arguments of counsel at the hearing held on February 17, 2022 (Doc. No. 218), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that the Motions (Doc. Nos. 102, 106) are **DENIED.**

BY THE COURT:

  /s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.

1