IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RUSSELL WILLIAMS,<br><br>Defendant. | CRIMINAL ACTION<br>NO. 19-cr-629-3 |

## ORDER

**AND NOW**, this 3rd day of August 2022, upon consideration of Defendant Russell William's Motion for Severance (Doc. No. 121), the Government's Response in Opposition (Doc. No. 126), Defendant's Supplemental Memorandum (Doc. No. 221), the arguments of the parties at the hearing held on February 17, 2022, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that the Motion (Doc. No. 121) is **DENIED.**

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.

1