IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION NO. 19-CR-00629 |
| JOHN SUGGS et al., | |
| Defendants. | |

# **ORDER**

**AND NOW**, this 2nd day of September 2022, upon consideration of the Government's Motion in Limine (Doc. No. 189), Defendant John Suggs's Response in Opposition (Doc. No. 194), Defendant Nickolas Passineau's Response (Doc. No. 197), the Government's Supplemental Motion (Doc. No. 209), the arguments of counsel for the parties at the hearing held on February 17, 2022, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that the Motions (Doc. No. 189, 209) are **GRANTED in part** and **DENIED in part.**

BY THE COURT:

 /s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.

1