IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION<br>NO. 19-CR-00629 |
| JOHN SUGGS et al., | |
| Defendants. | |

# ORDER

**AND NOW**, this 2nd day of September 2022, upon consideration of Defendant John Suggs's Motion in Limine to Preclude Identification Testimony (Doc. No. 43), Defendant Suggs's Motion to Suppress Cell Phone Data (Doc. No. 44), Defendant Nickolas Passineau's Motion to Suppress Identification and In Limine Bar to Court Identifications of the Defendant by Witnesses to the Robbery (Doc. No. 46), Defendant Passineau's Motions to Suppress Cell Phone Data (Doc. No. 47), the Government's Response in Opposition (Doc. No. 218), the testimony and other evidence presented at the hearings held on February 17, 2022 and July 25, 2022, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that the Motions (Doc. Nos. 43, 44, 46, and 47) are **DENIED.**

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J

1