IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

JOHN SUGGS et al.,

Defendants.

CRIMINAL ACTION
NO. 19-00629

## **ORDER**

**AND NOW**, this 21st day of July 2023, upon consideration of Defendant John Suggs's Motion for a Judgment of Acquittal Pursuant to Federal Rule of Criminal Procedure 29 (Doc. No. 284), Defendant Nickolas Passineau's Post Trial Motions for Judgment of Acquittal and/or for a New Trial pursuant to Federal Rules of Criminal Procedure 29 and 33 (Doc. No. 285), and the Government's Response in Opposition (Doc. No. 318), it is **ORDERED** as follows:

1. Defendant Suggs's Motion for a Judgment of Acquittal Pursuant to Federal Rule of Criminal Procedure 29 (Doc. No. 284) is **DENIED**.

2. Defendant Passineau's Post Trial Motions for Judgment of Acquittal and/or for a New Trial pursuant to Federal Rules of Criminal Procedure 29 and 33 (Doc. No. 285) are **DENIED**.

BY THE COURT:


/s/ Joel H. Slomsky
_____
JOEL H. SLOMSKY, J.